

**Law Offices**

**DOROSHOW
PASQUALE
KRAWITZ
SIEGEL
& BHAYA**

ERIC M. DOROSHOW *
ROBERT PASQUALE *
ARTHUR M. KRAWITZ **
MARTIN J. SIEGEL +
SHAKUNTLA L. BHAYA *
MARY C. BOUDART
DONALD E. GREGORY
ERIN K. BRIGNOLA *
DEBRA C. ALDRICH *
DONALD E. MARSTON
ANDREA G. GREEN
JESSICA LEWIS WELCH
· · · · ·
ANGELA PINTO ROSS
ANN POULOS BOSWELL *
KAREN Y. VICKS **
MATTHEW R. FOGG +
CYNTHIA H. PRUITT
NINA PAPPOULIS
TARA A. BLAKELY
JENNIFER S. DONAHUE ++

* Admitted in PA also
** Admitted in PA & NJ also
+ Admitted in NJ also
++ Admitted in NJ only

*Delaware*

1202 Kirkwood Highway
Wilmington, Delaware 19805
**(302) 998-0100**
Facsimile: (302) 998-9114

1701 Pulaski Highway
Bear, Delaware 19701
**(302) 832-3200**
Facsimile: (302) 834-8186

911 S. DuPont Highway
P.O. Box 1428
Dover, Delaware 19903
**(302) 734-8700**
Facsimile: (302) 734-8674

500 W. Loockerman Street
Suite #120
Dover, Delaware 19904
**(302) 674-7100**
Facsimile: (302) 674-5514

213 E. DuPont Highway
Millsboro, Delaware 19966
**(302) 934-9400**
Facsimile: (302) 934-8400

*New Jersey*

220 North Broadway
Pennsville, New Jersey 08070
**(856) 678-6700**
Facsimile: (856) 678-2803

*Internet*
www.dplaw.com

**PLEASE RESPOND TO:**

1202 Kirkwood Highway
Wilmington, DE 19805

e-mail:
artkrawitz@dplaw.com

Direct dial:
302-636-4414



March 1, 2005

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Lock Box 27
Wilmington, DE 19801

      RE:    Raymond G. Hoffman, II and Melody Hoffman
              v. Stevens Transport, Inc., et al.
              <u>C.A. No.: 04-359-JJF</u>

Dear Judge Farnan:

      The Court issued a scheduling order on February 7, 2005. Trial is scheduled to begin on October 4, 2005.

      In reviewing my calendar, I note that October 4 and 5, 2005, are a religious holiday when I am not able to attend Court. Defense counsel is aware of this issue and has no objection with regard to my request regarding scheduling.

      Thank you for your consideration.

                                        Respectfully submitted,

                                        ARTHUR M. KRAWITZ

AMK:cmj
Enclosure
cc:  Delia A. Clark
      Raymond G. Hoffman, II
      Melody Hoffman

F:\PUBLIC\WORD\LETTERS\w0301amk.doc