IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND G. HOFFMAN, II,<br>MELODY HOFFMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>FREDDIE LEE BRADLEY,<br>STEVENS TRANSPORT, INC.,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 04-359-JJF<br>:<br>:<br>:<br>:<br>: |

### O R D E R

WHEREAS, by letter (D.I. 22), Plaintiffs' Counsel requests that the October 4, 2005 trial be rescheduled due to a religious holiday;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Trial will commence on **Monday, November 7, 2005 at 9:30 a.m.** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

March 24, 2005
    DATE

UNITED STATES DISTRICT JUDGE