# RAWLE & HENDERSON LLP




DELIA A. CLARK
215-575-4291
dclark@rawle.com

The Nation's Oldest Law Offices • Established in 1783

www.rawle.com

300 Delaware Avenue
Suite 1015, P.O. Box 588
Wilmington, DE 19899-0588

Telephone: (302) 778-1200
Facsimile: (302) 778-1400

May 10, 2005

The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

   RE: *Hoffman v. Bradley*
      Civil Action No. 04-359
      Our File No. 300,560

Dear Judge Farnan:

  As you are aware, the undersigned represents the defendants in the above titled action. Pursuant to the scheduling order fact discovery shall be completed by May 16, and defendant's expert reports are due June 3, 2005. Please be advised that Mr. Bradley, to our knowledge, is an over-the-road truck driver and we have been unable to locate him to confirm his availability for deposition. In addition, we have recently deposed the plaintiff. based upon his testimony additional requests for records have been sent which have not been received. These records will be important for a vocational expert and the defense neurosurgeon to review in forming any opinions. We would respectfully request a 30-day extension of fact discovery until June 17, and the expert deadline to July 3, 2005. Counsel for plaintiff is in agreement with this request. No other deadlines will be affected by this change. For your convenience, please find proposed form of order.

  Thank you for your consideration of this request.

Very truly yours,

RAWLE & HENDERSON LLP

By: _____
   Delia A. Clark

DAC/vmb

cc: Arthur Krawitz

1145658 v.1

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RAYMOND H. HOFFMAN, II<br>and MELODY HOFFMAN<br>    Plaintiffs, | :<br>:<br>:<br>: | C.A. No.    04-359 JF |
| v. | :<br>: | |
| FREDDIE LEE BRADLEY<br>and STEVENS TRANSPORT, INC. | :<br>: | |

## ORDER

WHEREAS, by letter of defense counsel and with the consent of counsel for the plaintiff, the deadline for fact discovery has been extended until June 16, 2005. It is further ordered that defendant's expert reports deadline is extended until July 3, 2005.

_____
Date

_____
United States District Judge

1145655 v.1