IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RAYMOND H. HOFFMAN, II<br>and MELODY HOFFMAN<br>　　　Plaintiffs, | : | C.A. No.　　04-359 JF |
| v. | : | |
| FREDDIE LEE BRADLEY<br>and STEVENS TRANSPORT, INC. | : | |

## ORDER

WHEREAS, by letter of defense counsel and with the consent of counsel for the plaintiff, the deadline for fact discovery has been extended until June 16, 2005. It is further ordered that defendant's expert reports deadline is extended until July 3, 2005.

_5/13/05_
Date

_[signature]_
United States District Judge

1145655 v.1