## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND G. HOFFMAN, II and MELODY HOFFMAN, | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :    C. A. No. 04-359-JJF <br> : |
| FREDDIE LEE BRADLEY, an individual, and STEVENS TRANSPORT, INC., a Texas Corporation, | : <br> : <br> : <br> : |
| Defendants. | : |

## ORDER

At Wilmington this **26th** day of **May, 2005**,

IT IS ORDERED that the mediation conference scheduled for Friday, June 3, 2005 beginning at 10:00 a.m. has been rescheduled for **Tuesday, August 23, 2005 beginning at 10:00 a.m.** Submissions of the parties shall now be due on or before **Friday, August 12, 2005.** All other provisions of the Court's February 7, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE