**Law Offices**
**DOROSHOW PASQUALE KRAWITZ SIEGEL & BHAYA**

ERIC M. DOROSHOW *
ROBERT PASQUALE *
ARTHUR M. KRAWITZ **
SHAKUNTLA L. BHAYA *
MARY C. BOUDART
DONALD E. GREGORY
ERIN K. BRIGNOLA *
DEBRA C. ALDRICH *
DONALD E. MARSTON
ANDREA G. GREEN
JESSICA LEWIS WELCH

· · · · ·

ANGELA PINTO ROSS
KAREN Y. VICKS **
MATTHEW R. FOGG +
CYNTHIA H. PRUITT
NINA PAPPOULIS
TARA A. BLAKELY
JENNIFER S. DONAHUE ++
DEBORAH J. GALONSKY, +

* Admitted in PA also
** Admitted in PA & NJ also
+ Admitted in NJ also
++ Admitted in NJ only

1202 Kirkwood Highway
Wilmington, Delaware 19805
(302) 998-0100
Facsimile: (302) 998-9114

1701 Pulaski Highway
Bear, Delaware 19701
(302) 832-3200
Facsimile: (302) 834-8186

911 S. DuPont Highway
P.O. Box 1428
Dover, Delaware 19903
(302) 734-8700
Facsimile: (302) 734-8674

500 W. Loockerman Street
Suite #120
Dover, Delaware 19904
(302) 674-7100
Facsimile: (302) 674-5514

213 E. DuPont Highway
Millsboro, Delaware 19966
(302) 934-9400
Facsimile: (302) 934-8400

*Internet*
www.dplaw.com

**PLEASE RESPOND TO:**

1202 Kirkwood Highway
Wilmington, DE 19805

e-mail:
artkrawitz@dplaw.com

Direct dial:
302-636-4414

September 6, 2005

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 N. King Street, Rm. 4209
Lock Box 18
Wilmington, DE 19801

RE: Raymond Hoffman v. Stevens Transport, Inc., et. al.
C.A. No.: 04-359-JJF

Dear Judge Farnan:

I am writing on behalf of the parties to inform the Court that we have reached a settlement of this claim as a result of mediation with Judge Thynge. Therefore, the pre-trial conference can be removed from the Court's calendar on Thursday, September 8. Trial was scheduled to begin on November 7, 2005.

Thank you for your consideration.

Respectfully submitted,

*Angela Ross for*

ARTHUR M. KRAWITZ

AMK:lct
cc: Delia A. Clark, Esquire
Ray and Melody Hoffman

F:\PUBLIC\WORD\LETTERS\w0902amk3.doc