IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RAYMOND G. HOFFMAN, II,  :
MELODY HOFFMAN,          :
                         :
         Plaintiffs,     :
                         :
    v.                   :   Civil Action No. 04-359-JJF
                         :
FREDDY LEE BRADLEY,      :
STEVENS TRANSPORT, INC., :
                         :
         Defendants.     :

### O R D E R

WHEREAS, the Court has been advised by Arthur M. Krawitz, Esq. that the parties have reached a settlement of this claim (D.I. 27);

NOW THEREFORE, IT IS ORDERED that this matter is **STAYED** and **CLOSED** adminstratively. The parties shall file a Stipulation of Dismissal which may include terms of the settlement within sixty (60) days of the date of this Order. The Court will retain jurisdiction for the said sixty (60) days and will reopen the matter upon the application of any party.

October 6, 2005
DATE

UNITED STATES DISTRICT JUDGE